IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES PERKINS | Criminal No. 21-98 |

APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Charles Perkins, Inmate ID: 028830, DOB: 07/22/1994, White, Male.

2. Detained by: Butler County Prison, 202 S. Washington Street, Butler, PA 16001.

3. Detainee is charged in this district by Indictment, charging detainee with violating Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

4. Detainee is presently confined in the Butler County Prison, Butler, Pennsylvania, awaiting a disposition of state charges.

5. The above case is set for a hearing at Pittsburgh, PA on April 8, 2021, at 10:00 a.m., and it shall therefore be necessary for detainee to be present in Court at that time.

/s/ Brendan J. McKenna
BRENDAN J. MCKENNA
Assistant U.S. Attorney
PA ID No. 314315

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

_____    _____
DATE                               UNITED STATES MAGISTRATE JUDGE

cc: Brendan J. McKenna, United States Attorney